# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Civil Action No. 22-1284-NBF |
| | ) | |
| U Lock Inc., | ) | |
| Debtor. | ) | |
| —------------------------------------------- | ) | |
| U LOCK INC., | ) | |
| | ) | |
| Appellant, | ) | |
| vs. | ) | |
| | ) | |
| CHRISTINE BIROS, | ) | |
| Appellee. | ) | |

## NOTICE OF APPEAL

Appellant U Lock Inc. hereby appeals from the Order entered on June 21, 2023, to the United States Court of Appeals for the Third Circuit.

Respectfully submitted,

*/s/ J. Allen Roth, Esq.*

_____

J. Allen Roth, Esq. (PA 30347)
805 S. Alexandria Street
Latrobe PA  15650
(724) 537-0939
lawmatters@yahoo.com

ATTORNEY FOR APPELLANT